**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**JAMES A. MAHAN**

       **v.**                                **CIVIL ACTION**

                                              **NO. 23-4021**

**ALLEN R. MILLER, et al.**

<u>**ORDER**</u>

       **AND NOW**, this  11th  day of September, 2024, it is hereby **ORDERED** that:

1. The Defendants' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [Doc. 11] is **GRANTED**.

2. The Complaint is **DISMISSED** with prejudice.

3. The Plaintiff's motion for correction [Doc. 8] is **DENIED** as moot.

4. The Plaintiff's motion to answer Defendants' motion to dismiss the Complaint [Doc. 12] is **DENIED** as moot.

                                 **BY THE COURT:**

                                 **/S/  Jeffrey L. Schmehl**

                                 **JEFFREY L. SCHMEHL, J.**